UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
CHRISTOPHER SANDERS,                            )
                                                )
                Plaintiff,                       )
                                                )
        v.                                       )        Civil Action No. 06-1411
                                                )
DISTRICT OF COLUMBIA, et al.,                   )
                                                )
                Defendants.                      )
_____)

ORDER

        This matter is before the Court on plaintiff's motion to amend his complaint and

defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of

Civil Procedure (additionally docketed as a Motion to Dismiss).  For the reasons stated in the

Memorandum Opinion issued this same day, it is hereby

        ORDERED that plaintiff's Motion to Amend the Complaint [30] is GRANTED;

and it is

        FURTHER ORDERED that defendants' Motion to Dismiss [50] and for

Judgment on the Pleadings [51] is DENIED.

        SO ORDERED.


                                        _/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: February 27, 2009